MANATT, PHELPS & PHILLIPS, LLP
Darren W. Saunders
Andrew L. Morrison
Samantha J. Katze
7 Times Square
New York, New York 10036
(212) 790-4500   telephone
(212) 790-4545   fax
DSaunders@manatt.com
AMorrison@manatt.com
SKatze@manatt.com

*Attorneys for Plaintiff*
*Pat Rego, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAT REGO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LANY GROUP LLC, HAGAI LANIADO, and CONWAY STORES, INC., <br><br> Defendants. | Civil Action No.: 13 CV 7860(DAB) <br><br> ECF CASE <br><br> **MANATT, PHELPS & PHILLIPS, LLP'S NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF PAT REGO, INC.** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Darren W. Saunders in Support of Manatt, Phelps & Phillips, LLP's Motion for Leave to Withdraw as Counsel for Plaintiff Pat Rego, Inc. dated June 17, 2014, and all prior proceedings heretofore had herein, Manatt, Phelps & Phillips, LLP ("Manatt"), will move this Court, at the United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, at a date and time to be determined by the Court, for an Order, (1) pursuant to Local Civil Rule 1.4 of the Local Rules of

the United States District Court for the Southern District of New York, granting Manatt leave to withdraw as counsel for Plaintiff Pat Rego, Inc. in the above-captioned action; (2) terminating Darren W. Saunders, Andrew L. Morrison and Samantha J. Katze as attorneys of record for Plaintiff Pat Rego, Inc. on the docket; (3) adjourning the preliminary conference scheduled for June 26, 2014 to allow the Court sufficient time to consider and decide Manatt's motion; and (4) awarding such further relief as the Court deems proper.

**PLEASE TAKE NOTICE** that opposition papers, if any, shall be served pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York.

Dated: New York, New York.
June 17, 2014

Respectfully submitted,

Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY  10036
(212) 790-4500

By: _____
Darren W Saunders
Andrew L. Morrison
Samantha J. Katze
DSaunders@manatt.com
AMorrison@manatt.com
SKatze@manatt.com

*Attorneys for Pat Rego, Inc.*